# Court of Appeals
# of the State of Georgia

ATLANTA, February 17, 2021

*The Court of Appeals hereby passes the following order:*

## A21A0889. CHRISTOPHER PHIPPS-MCNAIR v. THE STATE.

Following his conviction for failure to maintain lane, Christopher Phipps-McNair filed a motion in arrest of judgment. On March 5, 2020, the trial court issued an order denying the motion. On December 14, 2020, Phipps-McNair filed a pro se notice of appeal identifying the March 5, 2020 order.

We lack jurisdiction because this appeal is untimely. A notice of appeal must be filed within 30 days after the entry of the order or judgment to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Phipps-McNair filed his notice of appeal 284 days after the trial court's March 5, 2020 order. Accordingly, this appeal is untimely.

In his notice of appeal, Phipps-McNair states that his appeal is timely "pursuant to" this Court's December 1, 2020 order granting his discretionary application in Case No. A21D0120, where he sought to challenge the trial court's October 14, 2020 order denying his affidavit of poverty for appeal costs. To the extent Phipps-McNair seeks to challenge that order in the instant appeal, the appeal remains untimely. Under OCGA § 5-6-35 (g), an appellant must file a notice of appeal within 10 days of the granting of a discretionary appeal, but Phipps-McNair filed this appeal 13 days after this Court's order granting his discretionary application.

For the foregoing reasons, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  02/17/2021        *
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*